1819.

Cadwallader
vs
Ringgold

---

DECEMBER.

CADWALLADER VS. RINGGOLD.

*Where a rule had been laid on a sheriff to return a writ of execution issued from the court of appeals by a particular day, no judgment can be rendered against him in that court under the act of 1794, ch. 54, if he fails to make return by the day, unless there is an affidavit stating that the execution had been delivered to him, or that he had been served with a copy of the rule.*

WINDER, for the Plaintiff, obtained a rule on the sheriff of *Washington* county, to return the writ of *fieri facias,* issued in this case, by the 18th instant. The time having expired, and no return being made, he moved the court for a judgment against the sheriff under the act of 1794, ch. 54, § 1.

CHASE, Ch. J. Unless there is an affidavit stating that the execution had been delivered to the sheriff, or that a copy of the rule on the sheriff to return it has been served on him, the court cannot enter a judgment against the sheriff. Such has been the practice adopted by this court in similar cases.

RULE DISCHARGED.